Civil Action No. 1:22-cv-00755


1505223

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

The summons for *(name of individual and title, if any)* THEODOROS VASILPOULOS
was received by me on *(date)* 2/1/22  .

☐ I personally served the summons on the individual at (place) _____

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's ~~residence or usual place of abode~~ Business with (name)
JENNIE W, Co-Worker _____, a person of suitable age and discretion who ~~resides~~ works there,
on (date) 2/8/22   at   2:15 PM  , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

02/09/2022

*Server's signature*

JOHN L. HUDAK
*Printed name and title*

166-06 24th Road, Whitestone, NY 11357
*Server's address*

Additional information regarding attempted service, etc:
FEMALE, WHITE ASIAN, BLACK HR., 36-50, 5'0-5'3, 100-130 LBS

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*