UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Tyger Surls,

                      Plaintiff(s),

     - against -

Theodoros Vasilpoulos

                      Defendant(s),
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/2022

22 Civ. 00755 (VEC)

**CLERK'S CERTIFICATE
OF DEFAULT**

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 28, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Theodoros Vasilpoulos by personally serving Jennie, W., a co-worker of Theodoros Vasilpoulos, and proof of service was therefore filed on 2/23/2022, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      March 7, 2022

                                                           RUBY J. KRAJICK
                                                           Clerk of Court

                                               By: _____
                                                          Deputy Clerk