```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TYGER SURLS,                                                           :
                                                                       :
                              Plaintiff,                               :
                                                                       :       22 Civ. 755 (JPC)
                -v-                                                    :
                                                                       :              ORDER
THEODOROS VASILPOULOS,                                                 :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The parties in this action participated in the Court-annexed Mediation Program on May 17, 2022. The Court understands from the final report of the mediator that the parties reached an agreement on all issues. Dkt. 22. Accordingly, it is hereby ORDERED that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and any other necessary information, by June 21, 2022. It is further ORDERED that the Initial Pretrial Conference ("IPTC") scheduled for June 8, 2022 and the June 1, 2022 deadline for the parties to file their pre-IPTC joint letter and proposed case management plan and scheduling order, Dkts. 18, 21, are adjourned *sine die*.

      SO ORDERED.

Dated: May 24, 2022  
       New York, New York  
                                                        JOHN P. CRONAN  
                                                United States District Judge