UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Tyger Surls, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                            *Plaintiff*,

    -against-

Theodoros Vasilpoulos,

                            *Defendant*.
------------------------------------------------------------------------X

Index No.: 1:22-cv-00755

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

    WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendant Theodoros Vasilpoulos (the "Defendant"), having offered to allow Plaintiff Tyger Surls (the "Plaintiff") to take a judgment against the Defendant in this action for the total sum of Eleven Thousand Dollars and Zero Cents ($11,000.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

    WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

    NOTICE IS HEREBY GIVEN that Plaintiff's attorney hereby confirms acceptance of Defendant's Offer of Judgment.

                                                      LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                      By: _____
                                                          Jason Mizrahi
                                                          60 East 42nd Street, Suite 4700
                                                          New York, NY 10165
                                                          Tel. No.: (212) 792-0048
                                                          Email: Jason@levinepstein.com
                                                          *Attorneys for Plaintiff*

VIA ECF
Encl.